WILLIAM G. MALCOLM, #129271
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,**
**CHASE HOME FINANCE, LLC**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

In re:

JESUS AVILA-ORTEGA

　　　　Debtor.

Bankruptcy Case No. 10-12397

Chapter 13

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

CONFIRMATION HEARING:
DATE:　　　November 1, 2010
TIME:　　　1:30 PM
PLACE:　　Santa Rosa Courtroom

TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR'S COUNSEL, AND THE DEBTOR:

　　Chase Home Finance, LLC ("Chase") is the holder of a secured claim recorded against property in which the Debtor claims an interest. Chase is, therefore, a party in interest and has standing to object to the Debtor's Chapter 13 Plan.

　　Chase is the holder of a claim secured only by a security interest in real property commonly known as 2323 & 2325 Orleans St., Santa Rosa, California, which is the Debtor's principal residence. The total amount that is due and owing under the Promissory Note is approximately $459,037.02 and the pre-petition arrearage owed is approximately $44,744.11. As Chase's claim is

secured only by a security interest in Debtor's principal residence the claim may not be modified pursuant to §1322(b)(2). Chase objects to the Debtor's Plan on the following grounds:

The Debtor's Plan does not provide for the curing of the pre-petition arrearages owed to Chase. As the Debtor's Plan does not provide for the cure of the pre-petition arrearages owed, the Debtor's Plan is infeasible and does not satisfy §1322(b)(5). Additionally, the Debtor's Plan significantly understates the amount of the monthly payment owed to Chase. The Debtor's Plan provides for monthly mortgage payments in the amount of $933.00, however, the current monthly payment amount, as of October 1, 2010 is $2,613.61.

Based on the foregoing, Chase respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payment of Chase's pre-petition arrearages and to list the correct monthly payment amount.

DATED: September 22, 2010

Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation

_/s/William G. Malcolm_
WILLIAM G. MALCOLM
Attorney for Secured Creditor,
CHASE HOME FINANCE, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On September 22, 2010, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

> Jesus Avila-Ortega
> 2325 Orleans St.
> Santa Rosa, CA 95403
>
> Evan Livingstone
> 740 Fourth St #215
> Santa Rosa, CA 95404
>
> David Burchard
> 393 Vintage Park Drive
> Suite 150
> Foster City, CA 94404

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2010, at Irvine, California.

/s/*Azel Andres*
AZEL ANDRES